RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10 / 18 / 05
BY DAM

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

THADDIUS WEBB

VERSUS

WARDEN BURL CAIN

CIVIL ACTION NO. 05-0467-P
JUDGE TOM STAGG

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

**X** The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

Signed at Shreveport, Louisiana, this 17th day of October, 2005.

TOM STAGG
UNITED STATES DISTRICT JUDGE